UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

JOSE G MATUTE

DEBTOR_____/

CASE NO.: 15-22516-BKC-RAM
PROCEEDING UNDER CHAPTER 13

### TRUSTEE'S REQUEST FOR COPY OF DEBTOR'S TAX INFORMATION
**(30 day deadline)**

Nancy K. Neidich, Standing Chapter 13 Trustee, files this Request for Copy of Debtor's Tax Information and states as follows:

1. Pursuant to the confirmed plan, the Debtor(s) are required to provide the Trustee with copies of their tax returns each year.

2. The debtor(s) have failed to provide the Trustee with their tax returns. The last tax returns provided to the Trustee was for the year 2014.

3. The debtor(s) must provide all subsequent tax returns within 30 days of this notice to the Trustee through www.13Documents.com, by fax to 954-443-4452 or by mail to P.O. Box 279806, Miramar, Florida 33027. If the debtor was not required under IRC 6012 to file a tax return, the Debtor(s) may provide a sworn affidavit.

**The Debtor must file a Certificate of Service of the Tax Information to Requestor but must NOT file the tax returns with the Clerk of the Bankruptcy Court**

**Submitted by**

_____/s/_____

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

### CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

Via Electronic Service:
RICARDO R. CORONA, ESQ.