**Fill in this information to identify the case:**

Debtor 1 __Jose Matute__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Southern__ District of __Florida__
(State)

Case number __15-22516__

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, et al

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 3 0 9

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 11/29/19 | (3) | $ 1010.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: Taxes | 11/15/18 | (10) | $ 4309.73 |
| 11. Other. Specify: FPI Escrow | 3/4/19, 4/1/19 | (11) | $ 2353.00 |
| 12. Other. Specify: Flood Insurance | 2/15/19 | (12) | $ 1081.00 |
| 13. Other. Specify: FPI HOI | 1/11/19, 2/14/19, 3/12/19, 4/16/19 | (13) | $ 232.44 |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

Debtor 1  Jose _____ Matute _____
         First Name   Middle Name   Last Name

Case number (if known) 15-22516 _____

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Christopher A. Bideaux
Signature

Date 05/13/2019

Print: Christopher A. Bideaux
      First Name  Middle Name  Last Name

Title: Bankruptcy Asset Manager

Company: SN Servicing Corporation

Address: 323 5th Street
         Number     Street
         Eureka              CA       95501
         City                State    ZIP Code

Contact phone: (800) 603 – 0836

Email: bknotices@snsc.com

Official Form 410S2      Notice of Postpetition Mortgage Fees, Expenses, and Charges      page 2



**Contact Us:**
Web: www.PennyMacUSA.com
Insurance: (866) 318-0208
Insurance Claims: (866) 314-0498
Customer Service: (800) 777-4001

P.O. BOX 514387
LOS ANGELES, CA 90051-4387

## Mortgage Activity Statement

Statement Date: 12/05/2018

| | |
|---|---|
| Loan Number: | Redacted |
| Payment Date: | 01/01/2019 |
| Payment Amount: | $246,244.53 |

Redacted

JOSE G MATUTE
2118 NW 33RD ST
MIAMI, FL 33142-5468

### Explanation of Payment Amount (Post Petition)

| | |
|---|---|
| Principal: | $619.08 |
| Interest: | $1,671.30 |
| Escrow (Taxes and Insurance): | $584.32 |
| **Regular Monthly Payment:** | **$2,874.70** |
| Total Fees and Charges: | $1,250.00 |
| Past Unpaid Amount: | $242,119.83 |
| **Total Payment Amount:** | **$246,244.53** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy. If the account has been crammed down subject to discharge under the Bankruptcy Code, the Explanation of Payment Amount will continue to reflect the post-petition payment amount until the discharge order has been entered.*

### Account Information

Property Address:
2962- 64 NW 32 STREET
MIAMI, FL 33142

| | |
|---|---|
| Unpaid Principal Balance: | $328,158.04 |
| Escrow Balance: | ($58,501.45) |
| Suspense Balance: | $2,771.70 |
| Interest Rate: | 6.875% |
| Next Payment Change Date: | September 1, 2019 |
| Prepayment Penalty: | No |

### Bankruptcy Message

**Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.**

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, let us know in writing:
P.O. Box 514387 Los Angeles, CA 90051-4387

### Past Payment Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal: | $407.97 | $5,504.84 |
| Interest: | $1,882.41 | $26,560.48 |
| Escrow (Taxes & Insurance): | $1,079.14 | $15,750.04 |
| Fees: | $0.00 | $364.42 |
| Partial Payment (Unapplied)*: | $1,130.55 | $2,771.70 |
| Total: | $4,500.07 | $50,951.48 |

***Partial Payments:** Any partial payments listed here are not applied to your mortgage, but instead held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.

See the following pages for Important Consumer Information. **Please see reverse for more information.** 

---

1213 Billing Statement Standard 378

--✂-----------------------------------------------------------------------------------
**PAYMENT COUPON - Detach and Return With Your Payment Made Payable to: PENNYMAC LOAN SERVICES, LLC**



Payment Date: 01/01/2019

| | |
|---|---|
| Payment Amount | $   . |
| Additional Principal | $   . |
| Additional Escrow | $   . |
| Other | $   . |
| Total Amount Enclosed | $   . |

*Please write the loan number on the front of your check*

Loan Number: Redacted

PENNYMAC LOAN SERVICES, LLC
PO BOX 660929
DALLAS, TX 75266-0929

JOSE MATUTE
2118 NW 33RD ST
MIAMI, FL 33142-5468

0100100099104 52002874 700024 2119838

| Transaction Activity November 6, 2018 – December 5, 2018 | | | |
|---|---|---|---|
| Date | Description | Charges | Payments |
| 11/08/2018 | Mortgage Insurance Disbursement | $0.00 | ($58.11) |
| 11/15/2018 | County Tax | $0.00 | ($4,309.73) |
| 11/27/2018 | Payment | $0.00 | $4,012.32 |
| 11/27/2018 | Payment | $0.00 | $487.75 |
| 11/29/2018 | Payment | $0.00 | ($3,369.52) |

**Important Messages**

**We have not received all of your mortgage payments due since you filed bankruptcy.** This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.

| Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage) | | |
|---|---|---|
| Paid Last Month | $4,500.07 | This section shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment. |
| Total Paid During Bankruptcy | $145,326.66 | |
| Current Balance | $82,505.58 | |

**Important Information About Mailed Payments**

- Payments with a coupon are processed the same day as receipt when received prior to 8:00 AM PT. Overnight payments with a coupon are processed the same day as receipt when received prior to 10:30 AM PT. Payments not processed the same day are effective dated to the date of receipt.
- Please make checks payable to PennyMac Loan Services, LLC. Postdated checks are processed the same date as receipt.
- Please do not send cash. Payment instructions are limited to the information provided by PennyMac on the payment coupon only.
- Please sign and write your account number on your check or money order.

**Periodic & Partial Payment Policy**

If you send us your payment with additional funds and don't specify how you want that money applied, we will first post payment(s) to bring your loan current. Any remaining money will then be applied based on a payment hierarchy towards outstanding escrow shortages and fees before any funds are posted as a principal reduction. Funds may be applied based on the perceived customer intent. For example, if the received amount is equal to the periodic payment due plus an exact match to outstanding late charges due on the loan, PennyMac may apply the excess funds to late charge due amounts rather than applying excess funds to an escrow shortage based on the payment hierarchy. If the money you sent wasn't enough for a payment, it will be applied to your loan as unapplied funds. For escrowed loans, we will accept a payment that is less than your periodic payment by an amount up to $50.00. PennyMac will short your escrow account by the amount necessary to make the full periodic payment. Please note this may cause an escrow shortage in the future, which will result in an increase in your payment. For non-escrowed loans, we will accept a payment that is less than your periodic payment by an amount up to $10.00. We will use a corporate advance, which will be billed to your account, to make the full periodic payment. Depending on the requirements of your loan documents, owner/ insurer/guarantor of your loan or applicable law, and depending on the status of your account, partial payments that are outside the tolerances described above may be promptly returned to you, applied to your account, or held in a non-interest bearing account until additional funds sufficient to equal a periodic payment are received.

Redacted



Invoice Date: 11/29/2018

**TROMBERG**

Tromberg Law Group, P.A.
1515 South Federal Highway
Suite 100
Boca Raton, Florida 33432
877.338.4101

Please Make Checks Payable to: TROMBERG LAW GROUP, P.A.
TAX IDENTIFICATION NUMBER (TIN) # 87-0805434

PennyMac Loan Services, LLC
3043 Townsgate Road #200
Westlake Village, CA 91361

RE: PennyMac Loan Services, LLC
OURFILE: 15-001419
Borrower(s): Matute, Jose G.

BILLING SUMMARY:

| COSTS | | |
|---|---|---|
| DATE | COST DESCRIPTION | AMOUNT |
| 11/29/2018 | Court Cost | $1,010.00 |

| TOTAL | |
|---|---|
| DESCRIPTION | AMOUNT |
| Current Invoice Total | $1,010.00 |

Thank you for the opportunity to be of service.

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottiberger.com

Attorney for Creditor
U.S. Bank Trust National Association, et al

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 15-22516-RAM |
| Jose G Matute, | CHAPTER 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On May 13, 2019 I served the following documents described as:

- **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Jose G Matute<br>1868 NW 33 Street<br>Miami, FL 33142<br><br>**Debtor's Counsel**<br>Ricardo Corona, Esq.<br>3899 NW 7 St, Second Floor<br>Miami, FL 33126 | **Trustee**<br>Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027<br><br>**U.S. Trustee**<br>Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130 |
|---|---|

  xx    (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

  xx  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

         Executed on May 13, 2019 at Santa Ana, California

/s / Enrique Alarcon
Enrique Alarcon

2
CERTIFICATE OF SERVICE