**Fill in this information to identify the case:**

Debtor 1  Jose G Matute

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida

Case number  15-22516-RAM

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 3 0 9

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 7/23/19 | (3) | $ 350.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: Private Mortgage Insurance | 2/14/2019, 3/12/2019, 4/16/2019, 5/13/2019, 6/12/2019, 7/15/2019 | (11) | $ 348.66 |
| 12. Other. Specify: Homeowners Insurance | 2/15/2019 | (12) | $ 1,081.00 |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 **Jose G Matute**
First Name / Middle Name / Last Name

Case number (*if known*) 15-22516-RAM

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ Chase Berger**
Signature

Date 08/09/2019

Print: **Chase Berger**
First Name / Middle Name / Last Name

Title **Authorized Agent for Secured Creditor**

Company **Ghidotti Berger LLP**

Address **3050 Biscayne Boulevard, Suite 402**
Number / Street
**Miami** **FL** **33137**
City / State / ZIP Code

Contact phone **(305) 501-2808**

Email **bknotifications@ghidottiberger.com**

Official Form 410S2 — Notice of Postpetition Mortgage Fees, Expenses, and Charges — page **2**

Print   Save As...   Add Attachment   Reset

| | |
|---|---|
| 1 | Chase Berger, Esq. (SBN 83794) |
| 2 | GHIDOTTI \| BERGER LLP |
|   | 3050 Biscayne Blvd Ste 402 |
| 3 | Miami, FL 33137-4143 |
|   | Ph: (305) 501-2808 |
| 4 | Fax: (954) 780-5578 |
| 5 | cberger@ghidottiberger.com |
| 6 | Authorized Agent for Creditor |
|   | U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA– MIAMI DIVISION

| In Re: | ) | CASE NO.: 15-22516-RAM |
|---|---|---|
|  | ) |  |
| JOSE G MATUTE | ) | CHAPTER 13 |
|  | ) |  |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |
|  | ) |  |

### **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On August 9, 2019 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>**Jose G Matute**<br>1868 NW 33 Street<br>Miami, FL 33142<br><br>**Debtor's Counsel**<br>**Ricardo Corona, Esq.**<br>3899 NW 7 St, Second Floor<br>Miami, FL 33126 | **Trustee**<br>**Nancy K. Neidich**<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027<br><br>**US Trustee**<br>**Office of the US Trustee**<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on August 9, 2019 at Santa Ana, California

/*s / Evan W. Tragarz*/
Evan W. Tragarz

2
CERTIFICATE OF SERVICE